UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD EUGENE DEADERICK<br>B.O.P. #08248-068 | * * * | CIVIL ACTION NO. 2:15-cv-1841<br>SECTION P |
| v. | * * * | JUDGE MINALDI |
| WARDEN FEDERAL CORRECTIONAL<br>INSTITUTE OAKDALE | * * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 14) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the petitioner's Objections (Rec. Doc. 15), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the application for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 29 day of Aug, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE